IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LISA GRENNAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:21-cv-00645-O-BP |
| § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY, § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant is **ORDERED** to pay Plaintiff Lisa Grennan, in care of Karl E. Osterhout, an attorney, attorney fees under the Equal Access to Justice Act in the total amount of $9,045.53 as agreed to by the parties for service performed in 2021 at the hourly rate of $212.63 and for service performed in 2022 at the hourly rate of $227.25.

**SO ORDERED** this **15th** day of **November, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE